UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHERINE A. BOGUE,

        Plaintiff,

    v.

NORTH VALLEY DEVELOPMENTAL SERVICES, individually and d/b/a Nova Developmental Services; and DOES 1 through 10, inclusive,

        Defendants.
_____/

NO. Civ.S-06-1656 LKK/DAD

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiff has filed a letter stating the above-captioned case has settled under the terms of a Conditional Settlement Agreement.  The court now orders that the dispositional documents disposing of the case be filed no later than sixty (60) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

////

1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
2       IT IS SO ORDERED.
3       DATED:  January 22, 2007.
4
5
6                              LAWRENCE K. KARLTON
                               SENIOR JUDGE
7                              UNITED STATES DISTRICT COURT

2