Paul L. Gumina, Esq. (SBN 160110)
The Law Offices of Paul L. Gumina, P.C,
1735 N. First Street, Suite 300
San Jose, CA 95112
Telephone: 408-573-7480
Facsimile:  408-573-7185
Attorney for Plaintiff
KATHERINE A. BOGUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KATHERINE A. BOGUE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTH VALLEY DEVELOPMENTAL SERVICES, individually and d/b/a Nova Developmental Services; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants | Case No.: 2:06−CV−01656−LKK−DAD<br><br>ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

　　　Pursuant to the Request for Dismissal with Prejudice filed by Plaintiff KATHERINE A. BOGUE, IT IS ORDERED:

　　　The entire action as to all defendants is hereby DISMISSED WITH PREJUDICE.

　　　The parties shall bear their own attorneys fees and costs of suit.

Entered: March 7, 2007.

　　　　　　　　　　　　　　　　　　　_Lawrence K. Karlton_ (signature)
　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com

# **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA) ss.

      I am a citizen of the United States and employed in the County of Santa Clara, State of California; I am over the age of 18 years and not a party to the within entitled action; my business address is 1735 N. First Street, #300, San Jose, CA 95112.  On March 7, 2007, I served the foregoing documents, described as follows:

ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

on the interested parties to said action by the following means:

| | | |
|---|---|---|
| [X] | (By Mail) | By placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing on that date following ordinary business practices, in the United States Mail at 17375 N. First Street, Suite 300, San Jose, California, addressed as shown below.  I am readily familiar with this business's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing. |
| [ ] | (By Personal Service) | By personally delivering a true copy thereof, enclosed in a sealed envelope, to the addressees shown below. |
| [ ] | (By Hand Delivery) | By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the addresses shown below. |
| [ ] | (By Overnight Delivery) | By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges prepaid, to be sent by _____, addressed as shown below. |
| [ ] | (By Facsimile) | By transmitting a true copy thereof by facsimile transmission from facsimile number (408) 573-7185 to the interested parties to said action; the transmission was reported as complete and without error, and a copy of the transmission report, which was properly issued by the transmitting facsimile machine.  Said documents were transmitted to the interested parties as shown below at_____ |

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 7, 2007 in San Jose, California.

                                                    _____
                                                   **Trina Murphy**

**NAME AND ADDRESS OF EACH PERSON SERVED:**

Erik P. Khoobyarian
DOWNEY BRAND LLP
555 Capital Mall, 10th Floor
Sacramento, CA  95814
Phone: 916-444-1000
Fax: 916-444-2100

PDF created with pdfFactory trial version www.pdffactory.com